219

(No. 80-CC-0232– )

RONALD ALDRICH, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed August 13, 1980.*

CLAUDON, LLOYD AND BARNHART, LTD., for Claimant.

PER CURIAM.

This cause coming to be heard on the joint stipulation of the Claimant and the Respondent and the Court being fully advised in the premises;

It is hereby ordered that the joint stipulation of the Claimant and the Respondent be and the same is hereby granted and the claim herein is awarded in the amount of $2,352.60 (two thousand three hundred fifty-two and 60/100 dollars).